MJF:TDK
F.#2009R00286

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 16 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

SAID GUESSOUMA and
ABDEL KHALEK LAZREG,

    Defendants.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T
CR 09 399
NO.
(T. 18, U.S.C.,
§§ 922(a)(1)(A),
924(a)(1)(D), 2 and 3551
et seq.; T. 21, U.S.C.,
§§ 841(a)(1),
841(b)(1)(B)(ii)(II) and
846)

GARAUFIS, J.

J. ORENSTEIN, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute Cocaine)

On or about and between November 1, 2008 and April 29, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants SAID GUESSOUMA and ABDEL KHALEK LAZREG, together with others, did knowingly and intentionally conspire to distribute and to possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

  (Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

2

## COUNT TWO
(Illegal Dealing in Firearms)

On or about and between December 1, 2009 and February 10, 2009, both dates being approximate and inclusive, within the Eastern District of New York, the defendant SAID GUESSOUMA, not being a licensed importer, licensed manufacturer or licensed dealer of firearms, together with others, did knowingly and willfully engage in the business of dealing in firearms.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2008R01962
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

SAID GUESSOUMA and
ABDEL KHALEK LAZREG,

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 846; T. 18, U.S.C., §§ 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

*A true bill.*

✓ _____
                                                        *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                             *Clerk*

*Bail, $* _____

*Todd Kaminsky, Assistant U.S. Attorney (718) 254-6367*