CR 9 399

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 1 6 2009 ★

BROOKLYN OFFICE

**GARAUFIS, J.**

**J. ORENSTEIN, M.J.**

1. Title of Case: **United States v. SAID GUESSOUMA and ABDEL KHALEK LAZREG**

2. Related Magistrate Docket Number(s): M-09-425 (Lazreg)
   M-09-393 (Guessouma)

3. Arrest Date: **4/29/09**

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None

6. Projected Length of Trial:  Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: Brooklyn
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Todd Kaminsky
Assistant U.S. Attorney
718-254-6367

Rev. 3/22/01